IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADRIAN GLUCK AND.<br>SUSAN GLUCK, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08-194 T<br>Judge Margaret M. Sweeney |
| UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Karen M. Groen, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Karen M. Groen
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: May 7, 2008

s/ Karen M. Groen
KAREN M. GROEN
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0508
Fax: (202) 514-9440