IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-194 T

(Judge Margaret M. Sweeney)

---

ADRIAN GLUCK & SUSAN GLUCK,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

Pursuant to RCFC 6.1, defendant respectfully moves for a thirty-day enlargement of time, from May 19, 2008, to June 18, 2008, within which to file an answer or other responsive pleading to Plaintiffs' complaint. This is the first such enlargement requested. In support of this motion, defendant submits the following:

(1) Plaintiffs filed their complaint in this Court on March 20, 2008. Counsel for the Government received a defense letter and the administrative file pertaining to Plaintiffs' case from the Internal Revenue Service on May 6, 2008.

(2) A thirty-day enlargement of time therefore is necessary to allow sufficient time for the Government to prepare an answer or other responsive pleading.

(3) Plaintiffs' counsel indicated in a telephone conversation with defendant's counsel that she consents to the granting of this motion.

Respectfully submitted,

s/ Karen M. Groen

KAREN M. GROEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0508

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

Of Counsel

May 9, 2008