# In the United States Court of Federal Claims

No. 08-194 T
(Filed: May 9, 2008)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ADRIAN GLUCK AND SUSAN GLUCK, | * * * |
| Plaintiffs, | * * |
| v. | * * |
| THE UNITED STATES, | * * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On May 9, 2008, defendant filed an Unopposed Motion for Enlargement of Time ("motion").  In its motion, defendant requests a thirty (30) day enlargement, to and including June 18, 2008, within which to file an answer or other responsive pleading to plaintiffs' Complaint.  Defendant's current deadline is May 19, 2008.  Defendant represents that this is its first request for an enlargement of this nature and that plaintiffs do not oppose its motion.

Defendant states that its counsel received a defense letter and the administrative file pertaining to plaintiffs' case from the Internal Revenue Service on May 6, 2008.  As a result, defendant seeks an enlargement of time in order to allow sufficient time to prepare an answer or other responsive pleading.  **Accordingly, defendant's motion is GRANTED.  Defendant shall file its answer or other responsive pleading by no later than Wednesday, June 18, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge