IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-194 T

(Judge Margaret M. Sweeney)

_____

ADRIAN GLUCK & SUSAN GLUCK,

Plaintiffs

v.

THE UNITED STATES,

Defendant

_____

**DECLARATION OF KAREN M. GROEN**

_____

I, Karen M. Groen, make the following declaration based on personal knowledge of the following facts:

1. I am the attorney assigned to the defense of the above captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service ("IRS") files for the above-captioned case.

3. Attached hereto are true and correct copies of the following documents, which are contained in the official files of the IRS and the Justice Department:

   a. **Exhibit 1**: A true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Adrian and Susan Gluck, covering United States Individual Income Tax for the period ending December 31, 1996.

1

      b. **Exhibit 2**: Plaintiffs' Form 1040 U.S. Individual Income Tax Return for 1996, dated March 24, 1999.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

      Executed in Washington, D.C. under penalty of perjury on June 17, 2008.

                              s/ Karen M. Groen
                              KAREN M. GROEN
                              Attorney of Record
                              U.S. Department of Justice
                              Tax Division
                              Court of Federal Claims Section
                              P.O. Box 26
                              Ben Franklin Post Office
                              Washington, D.C. 20044
                              (202) 307-0508



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: March 31, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Adrian and Susan Gluck, Social Security Numbers: ▓▓▓▓▓ ▓▓▓▓▓ respectively, covering United States Individual Income Tax for the period ending December 31, 1996

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



L. Marott
Chief, Accounting Operations

GOVERNMENT EXHIBIT 1

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

ADRIAN & SUSAN GLUCK                     EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996

                                     ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT       DATE (23C,
                                     (REVERSAL)       (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                   198,729.00

           TAXABLE INCOME
                   175,601.00

           SELF EMPLOYMENT TAX
                    13,131.00

04-24-1999 RETURN FILED & TAX ASSESSED                 60,842.36   05-31-1999
           33221-114-94924-9   199920

04-15-1997 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-1997

04-15-1997 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-1997

11-03-1998 RECEIVED POA/TIA

           ESTIMATED TAX PENALTY                          950.66   05-31-1999
           19992008

           LATE FILING PENALTY                         13,689.53   05-31-1999
           19992008

           FAILURE TO PAY TAX                           7,756.84   05-31-1999
           PENALTY
           19992008

           INTEREST ASSESSED                           13,727.18   05-31-1999
           19992008

01-17-2000 REMOVED POA/TIA

02-21-2000 RECEIVED POA/TIA

07-10-2000 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE     1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

ADRIAN & SUSAN GLUCK                EIN/SSN: ███

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 10-20-2000 | FEDERAL TAX LIEN | | | |
| 02-07-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-07-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 12-07-2000 | AMENDED RETURN FILED 89277-445-04012-1 | | | |
| 02-14-2001 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-08-2001 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 04-24-2002 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT REVIEW 89247-744-00496-1  20015108 | | 0.00 | 12-31-2001 |
| 01-07-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)           PAGE    2

5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ADRIAN & SUSAN GLUCK                         EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-07-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-14-2002 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 29247-464-10046-4  20041008 | | 0.00 | 03-22-2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT REVIEW 29247-486-70021-6  20061408 | | 0.00 | 04-17-2006 |
| 04-17-2006 | RENUMBERED RETURN 29247-486-70021-6 | | | |
| | FAILURE TO PAY TAX PENALTY 20062108 | 7,453.75 | | 06-05-2006 |
| 11-19-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

ADRIAN & SUSAN GLUCK              EIN/SSN: ███

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 12-31-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-31-1999 | Statutory Notice of Balance Due | | | |
| 06-21-1999 | Statutory Notice of Intent to Levy | | | |
| 09-30-2002 | Notice of Balance Due | | | |
| 11-04-2002 | Notice of Balance Due | | | |
| 02-24-2003 | Statutory Notice of Intent to Levy | | | |
| 06-05-2006 | Statutory Notice of Balance Due | | | |
| 06-04-2007 | Statutory Notice of Balance Due | | | |

FORM 4340   (REV. 01-2002)              PAGE    4

7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ADRIAN & SUSAN GLUCK                    EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996
------------------------------------------------------------------------


BALANCE        104,420.32

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____[signature]_____

PRINT NAME: ____L. Marott_____

TITLE: ____Chief, Accounting Operations_____

DELEGATION ORDER: ____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 03/31/2008

FORM 4340   (REV. 01-2002)              PAGE    5

**FORM 1040** — Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return   1996**

3322111494921-9   (99) IRS use only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 1996, or other tax year beginning _____, 1996, ending _____, 19____   OMB No. 1545-0074

**Label** (See instructions)
Use the IRS label. Otherwise, please print or type.

Your First Name: ADRIAN   MI: ___   Last Name: GLUCK
Spouse's First Name: SUSAN   MI: ___   Last Name: GLUCK
Home Address: 5 BLESSING
City: IRVINE   State: CA   ZIP: 92612

**Presidential Election Campaign**
Do you want $3 to go to this fund? — No [X]
If a joint return, does your spouse want $3 to go to this fund? — No [X]

**Filing Status** (Check only one box)
1. ☐ Single
2. [X] Married filing joint return (even if only one had income)
3. ☐ Married filing separate return.
4. ☐ Head of household
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a [X] Yourself
6b [X] Spouse — 179
No. of boxes checked on lines 6a & 6b: 2

c Dependents:

| (1) First name / Last name | (2) SSN | (3) Relationship | (4) No. of months lived in home |
|---|---|---|---|
| GLUCK | | DAUGHTER | 12 |
| GLUCK | | DAUGHTER | 12 |
| GLUCK | | DAUGHTER | 12 |
| GLUCK | | SON | 12 |
| GLUCK | | SON | 12 |

No. of your children on line 6c who lived with you: 5

d Total number of exemptions claimed: 7

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. | |
| 8a | Taxable interest | 25. |
| 8b | Tax-exempt interest | |
| 9 | Dividend income | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 200,000. |
| 13 | Capital gain or (loss) | 5,270. |
| 14 | Other gains or (losses) | |
| 15a | Total IRA distributions | |
| 15b | Taxable amount | |
| 16a | Total pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | |
| 18 | Farm income or (loss) | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income | |
| 22 | **Total income** | 205,295. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23a | Your IRA deduction | |
| 23b | Spouse's IRA deduction | |
| 24 | Moving expenses | |
| 25 | One-half of self-employment tax | 6,566. |
| 26 | Self-employed health insurance deduction | |
| 27 | Keogh and self-employed SEP plans | |
| 28 | Penalty on early withdrawal of savings | |
| 29 | Alimony paid | |
| 30 | Add lines 23a – 29 | 6,566. |
| 31 | **Adjusted gross income** (line 22 minus line 30) | 198,729. |

GOVERNMENT EXHIBIT 2

BAA For Privacy Act and Paperwork Reduction Act Notice, see instructions.   Form **1040** (1996)

FDIA0112   12/03/96

Form 1040 (1996)   ADRIAN & SUSAN GLUCK                                                                 Page 2

| | | | |
|---|---|---|---|
| **Tax Computation** | 32 Amount from line 31 (adjusted gross income) | 32 | 198,729. |
| | 33a Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind | | |
| | Add the number of boxes checked above and enter the total here ▶ 33a ☐ | | |
| | b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 33b ☐ | | |
| | 34 Enter the larger of your: Itemized deductions from Schedule A, line 28, Or Standard deduction shown below for your filing status. But see the instructions if you checked any box on line 33a or b or someone can claim you as a dependent. | | |
| | • Single — $4,000   • Married filing jointly or Qualifying widow(er) — $6,700 • Head of household — $5,900   • Married filing separately — $3,350 | 34 | 10,582. |
| | 35 Subtract line 34 from line 32 | 35 | 188,147. |
| If you want the IRS to figure your tax, see the instructions for line 37. | 36 If line 32 is $88,475 or less, multiply $2,550 by the total number of exemptions claimed on line 6d. If line 32 is over $88,475, see the worksheet in the instructions for the amount to enter ...... 12546 | 36 | 14,637. |
| | 37 **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | 173,510. |
| | 38 **Tax.** See instructions. Check if total includes any tax from   a ☐ Form(s) 8814  b ☐ Form 4972 ▶ | 38 | 46,537. |
| **Credits** | 39 Credit for child and dependent care expenses. Attach Form 2441 ..... 39 | | |
| | 40 Credit for the elderly or the disabled. Attach Sch R ......... 40 | | |
| | 41 Foreign tax credit. Attach Form 1116 ...... 41 | | |
| | 42 Other. Check if from .... a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (spec) 42 | | |
| | 43 Add lines 39 through 42 | 43 | |
| | 44 Subtract line 43 from line 38. If line 43 is more than line 38, enter -0- ▶ | 44 | 46,537. |
| **Other Taxes** | 45 Self-employment tax. Attach Schedule SE | 45 | 13,131. |
| | 46 Alternative minimum tax. Attach Form 6251 | 46 | |
| | 47 SS and Medicare tax on tip income not reported to employer. Attach Form 4137 | 47 | |
| | 48 Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 48 | |
| | 49 Advance earned income credit payments from Form(s) W-2 | 49 | |
| | 50 Household employment taxes. Attach Schedule H | 50 | |
| | 51 Add lns 44 - 50. This is your **total tax** ▶ | 51 | 59,668. |
| **Payments** | 52 Federal income tax withheld from Forms W-2 and 1099 ......... 52 | | |
| | 53 1996 estimated tax payments and amount applied from 1995 return ...... 53 | | |
| | 54 Earned income credit. Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount .... ▶ and type ... ▶ _____ 54 | | |
| Attach Forms W-2, W-2G, and 1099-R to page 1. | 55 Amount paid with Form 4868 (request for extension) ........ 55 | | |
| | 56 Excess social security and RRTA tax withheld (see instrs) ... 56 | | |
| | 57 Other payments. Check if from ... a ☐ Form 2439  b ☐ Form 4136 ................ 57 | | |
| | 58 Add lines 52 - 57. These are your **total payments** ▶ | 58 | |
| **Refund** Have it sent directly to your bank account! See instructions and fill in 60b, c, and d. | 59 If line 58 is more than line 51, subtract line 51 from line 58. This is the amount you Overpaid ▶ | 59 | |
| | 60a Amount of line 59 you want **Refunded to You** ▶ | 60a | |
| | b Routing number .. _____  c Type: ☐ Checking ☐ Savings | | |
| | d Account number .. _____ | | |
| | 61 Amount of line 59 you want **Applied to Your 1997 Estimated Tax** ▶ 61 | | |
| **Amount You Owe** | 62 If line 51 is more than line 58, subtract line 58 from line 51. This is the **Amount You Owe.** For details on how to pay and use **Form 1040-V**, see instructions ▶ | 62 | 59,668. |
| | 63 Estimated tax penalty. Also include on line 62 .......... 63 | | |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your Signature ▶ [signed]   Date 3/24/99   Your Occupation CONSULTANT
Spouse's Signature. If a Joint Return, BOTH Must Sign. ▶ Susan Gluck   Date 3/24/99   Spouse's Occupation HOMEMAKER

**Paid Preparer's Use Only**

Preparer's Signature ▶ Selwyn Hersowitz   Date 3-17-99   Check if self-employed ☒   Preparer's Social Security No. [redacted]
Firm's Name (or yours if self-employed) and Address ▶ SELWYN M. HERSOWITZ, C.P.A.
7 CORPORATE PARK, STE 100
IRVINE                              CA   EIN   ZIP Code 92714

FDIA0112  11/25/96

10

| Schedule A (Form 1040) | | Schedule A — Itemized Deductions | | | | OMB No. 1545-0074 **1996** 07 |
|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Attach to Form 1040. ► See Instructions for Schedule A (Form 1040). | | | | |

Name(s) Shown on Form 1040: ADRIAN & SUSAN GLUCK

Your Social Security Number: [redacted]

| Section | # | Description | | Amount | | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 12,710. | | |
| | 2 | Enter amount from Form 1040, line 32 ...... 2  198,729. | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 14,905. | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0. |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes (see instructions) | 6 | 141. | | |
| | 7 | Personal property taxes | 7 | 935. | | |
| | 8 | Other taxes. List type and amount ► | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 1,076. |
| **Interest You Paid** (See instructions.) Note: Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 2,130. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | | |
| | 13 | Investment interest. If required, attach Form 4952. (See instructions.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 2,130. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 9,799. | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. If over $500, you **Must** attach Form 8283 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 9,799. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See instructions for expenses to deduct here.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. If required, you **Must** attach Form 2106 or 2106-EZ. (See instructions.) ► | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 32 ..... 24 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 32, over $117,950 (over $58,975 if married filing separately)? **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 34, the **larger** of this amount or your standard deduction. **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | ► 28 | 10,582. |

Itemized Deductions Limited per IRC Sec. 68.

BAA For Paperwork Reduction Act Notice, see instructions.              Schedule A (Form 1040) 1996

FDIA0301 10/14/96

Schedule A & B (Form 1040) 1996         OMB No. 1545-0074                                              Page 2

Name(s) Shown on Form 1040. Do Not Enter Name and Social Security Number if Shown on Schedule A.         Your Social Security Number

ADRIAN & SUSAN GLUCK

## Schedule B — Interest and Dividend Income                                                             08

### Part I
### Interest Income
(See instructions.)

**Note:** *If you had over $400 in taxable interest income, you must also complete Part III.*

| | | Amount |
|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address | |
| | BANK OF AMERICA | 20. |
| | LIBERTY NATIONAL | 333. |
| | GLENDALE FED BANK | 5. |
| | Subtotal | 358. |
| | Nominee Distribution | -333. |
| 2 | Add the amounts on line 1 | 25. |
| 3 | Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 to Form 1040 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a | 25. |

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

### Part II
### Dividend Income
(See instructions.)

**Note:** *If you had over $400 in gross dividends and/or other distributions on stock, you must also complete Part III.*

| | | Amount |
|---|---|---|
| 5 | List name of payer. Include gross dividends and/or other distributions on stock here. Any capital gain distributions and nontaxable distributions will be deducted on lines 7 and 8. | |
| 6 | Add the amounts on line 5 | |
| 7 | Capital gain distributions. Enter here and on Schedule D* | |
| 8 | Nontaxable distributions. (See instructions for Form 1040, line 9.) | |
| 9 | Add lines 7 and 8 | |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 | |

Note: If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

*If you do not need Schedule D to report any other gains or losses, see the instructions for Form 1040, line 13.

### Part III
### Foreign Accounts and Trusts
(See instructions.)

You must complete this part if you (a) had over $400 of interest or dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 11a | At any time during 1996, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b | If 'yes,' enter the name of the foreign country. ▶ | | |
| 12 | During 1996, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'yes', see instructions for other forms you may have to file | | X |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.                            Schedule B (Form 1040) 1996
FDIA0401 10/03/96

| Schedule C-EZ (Form 1040) | Net Profit from Business | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | (Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc, must file Form 1065.<br>▶ Attach to Form 1040 or Form 1041. ▶ See instructions. | **1996**<br>09A |

Name of Proprietor: ADRIAN GLUCK

Social Security Number (SSN): [redacted]

### Part I  General Information

**You May Use this Schedule Only if You:**
- Had business expenses of $2,500 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as a sole proprietor.

**And You:**
- Had no employees during the year.
- Are not required to file **Form 4562**, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

A  Principal business or profession, including product or service
CONSULTING

B  Enter principal business code ▶ 7286

C  Business name. If no separate business name, leave blank.

D  Employer ID number (EIN), if any

E  Business address (including suite or room number). Address not required if same as on Form 1040, page 1.
5 BLESSING
City, town or post office, state, and ZIP code
IRVINE, CA 92612

### Part II  Figure Your Net Profit

| 1 | **Gross receipts.** **Caution**: If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see **Statutory Employees** in the instructions for Schedule C, line 1, and check here ▶ ☐ | 1 | 200,000. |
|---|---|---|---|
| 2 | **Total expenses.** If more than $2,500, you **must** use Schedule C | 2 | |
| 3 | **Net profit.** Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2.** (Statutory employees **do not** report this amount on Schedule SE, line 2. Estates and trusts, enter on Form 1041, line 3.) | 3 | 200,000. |

### Part III  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 2.

4  When did you place your vehicle in service for business purposes? (month, day, year) _____.

5  Of the total number of miles you drove your vehicle during 1996, enter the number of miles you used your vehicle for:
   a Business _____   b Commuting _____   c Other _____

6  Do you (or your spouse) have another vehicle available for personal use? .... Yes ☐  No ☐
7  Was your vehicle available for use during off-duty hours? .... Yes ☐  No ☐
8a Do you have evidence to support your deduction? .... Yes ☐  No ☐
 b If 'Yes,' is the evidence written? .... Yes ☐  No ☐

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule **C-EZ** (Form 1040) 1996

FDIA8301  09/24/96

| Schedule D (Form 1040) | Capital Gains and Losses | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040. ▶ See instructions for Schedule D (Form 1040).<br>▶ Use lines 20 and 22 for more space to list transactions for lines 1 and 9. | **1996**<br>12 |

Name(s) Shown on Form 1040: ADRIAN & SUSAN GLUCK

Your Social Security Number: [redacted]

### Part I  Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares 'XYZ' Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price | (e) Cost or other basis | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

2 Enter your short-term totals, if any, from line 21 .......... 2
3 Total short-term sales price amounts. Add column (d) of lines 1 and 2 .......... 3
4 Short-term gain from Forms 2119 and 6252, and short-term gain or loss from Forms 4684, 6781, and 8824 .......... 4
5 Net short-term gain or loss from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 .......... 5
6 Short-term capital loss carryover. Enter the amount, if any, from line 9 of your 1995 Capital Loss Carryover Worksheet .......... 6
7 Add lines 1 through 6 in columns (f) and (g) .......... 7
8 Net short-term capital gain or (loss). Combine columns (f) and (g) of line 7 .......... ▶ 8

### Part II  Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 9  34000 SHRS INTE PAC | VARIOUS | 01/18/96 | 2,780. | | | 2,780. |
| 30000 SHRS INTE PAC | VARIOUS | 01/18/96 | 2,457. | | | 2,457. |
| 500 SHRS INTE PAC | VARIOUS | 01/19/68 | 33. | | | 33. |

10 Enter your long-term totals, if any, from line 23 .......... 10
11 Total long-term sales price amounts. Add column (d) of lines 9 and 10 .......... 11  5,270.
12 Gain from Form 4797; long-term gain from Forms 2119, 2439, and 6252; and long-term gain or loss from Forms 4684, 6781, and 8824 .......... 12
13 Net long-term gain or loss from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 .......... 13
14 Capital gain distributions .......... 14
15 Long-term capital loss carryover. Enter the amount, if any, from line 14 of your 1995 Capital Loss Carryover Worksheet .......... 15
16 Add lines 9 through 15 in columns (f) and (g) .......... 16   5,270.
17 Net long-term capital gain or (loss). Combine columns (f) and (g) of line 16 .......... ▶ 17   5,270.

### Part III  Summary of Parts I and II

18 Combine lines 8 and 17. If a loss, go to line 19. If a gain, enter the gain on Form 1040, line 13.
   **Note:** If both lines 17 and 18 are gains, see the **Capital Gain Tax Worksheet** in the instructions .......... 18   5,270.
19 If line 18 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
   a The loss on line 18; **or**
   b ($3,000) or, if married filing separately, ($1,500) .......... 19

   **Note:** See the **Capital Loss Carryover Worksheet** in the instructions if the loss on line 18 exceeds the loss on line 19 **or** if Form 1040, line 35, is a loss.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule **D** (Form 1040) 1996
FDIA0612    09/18/96

| Schedule SE<br>(Form 1040) | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► See instructions for Schedule SE (Form 1040).<br>► Attach to Form 1040. | **1996**<br>17 |

| Name of Person with **Self-Employment** Income (as shown on Form 1040)<br>ADRIAN GLUCK | Social Security Number of Person<br>with **Self-Employment** Income ► |
|---|---|

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **Or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See instructions.

**Note:** *Even if you have a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE. See instructions.*

**Exception:** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner, **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt — Form 4361' on Form 1040, line 45.

## May I use Short Schedule SE or Must I use Long Schedule SE?



---

**Section A — Short Schedule SE. Caution:** *Read above to see if you can use Short Schedule SE.*

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a .................................................................................................. | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a (other than farming). Ministers and members of religious orders see instructions for amounts to report on this line. See instructions for other income to report ........................................ | 2 | 200,000. |
| 3 | Combine lines 1 and 2 ............................................................................................. | 3 | 200,000. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ► | 4 | 184,700. |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>• $62,700 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 45.**<br>• More than $62,700, multiply line 4 by 2.9% (.029). Then, add $7,774.80 to the result. Enter the total here and on **Form 1040, line 45.** | 5 | 13,131. |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 25** ................................... | 6 | 6,566. |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.              Schedule SE (Form 1040) 1996
FDIA1101   09/09/96

| Form **2848** (Rev. December 1997) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ See the separate instructions. | OMB No. 1545-0150 |
|---|---|---|

6-12-01

For IRS Use Only
Received by:
Name ~Minu~
Telephone 8162652572
Function STB/SP
Date 6/12/01

**Part I**    **Power of Attorney** (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

Taxpayer name(s) and address
ADRIAN GLUCK
SUSAN T GLUCK
6 VERNON
NEWPORT BEACH CA 92657

[Social security number(s) redacted]

Employer identification number

Daytime telephone number | Plan number (if applicable)

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

Name and address
Joyce Rebhun, JD, MBA, PhD
8500 Wilshire Boulevard, Ste. 519
Beverly Hills, CA 90211

CAF No. 9005 2098 3R
Telephone No. 310 657 8553
Fax No. 310 657 5140
Check if new: Address ☐   Telephone No. ☐

Name and address

CAF No. _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐   Telephone No. ☐

Name and address

CAF No. _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐   Telephone No. ☐

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Individual income tax | FORM 1040 | |
| | | 1994 1995 1996 |
| | | 1997 1998 1999 2000 |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4 — Specific uses not recorded on CAF.**) . . . . . . . . . . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5 — Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: _____
Power to sign returns,

**Note:** In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.

**Note:** The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Paperwork Reduction and Privacy Act Notice, see the separate instructions.    Form **2848** (Rev. 12-97)

ISA
STF FED4675F.1

16

JUL 08 '99  11:59AM  JOYCE REBHUN CO.                               P.2
                                                                    465 1-98
3131-2

Form 2848 (Rev. 12-97)                                              Page 2

7  **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.
   a  If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box  ▶ ☐
   b  If you also want the second representative listed to receive a copy of such notices and communications, check this box  ▶ ☐
   c  If you do not want any notices or communications sent to your representative(s), check this box  ▶ ☐

8  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here  ▶ ☐
   **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9  **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

X _[signature]_                                 7/8/99
   Signature                                    Date                Title (if applicable)
   ADRIAN GLUCK
   Print Name

X _[signature]_                                 7/8/99
   Signature                                    Date                Title (if applicable)
   SUSAN GLUCK
   Print Name

**Part II   Declaration of Representative**

Under penalties of perjury, I declare that:
 • I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
 • I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
 • I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
 • I am one of the following:
   a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
   b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
   c  Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
   d  Officer—a bona fide officer of the taxpayer's organization.
   e  Full-Time Employee—a full-time employee of the taxpayer.
   f  Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
   g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
   h  Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation—Insert above letter (a-h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | Pennsylvania | Joyce Rebhun | 7/8/99 |
| a | Nebraska | Joyce Rebhun | 7/8/99 |
| f | Pennsylvania | Joyce Rebhun | 7/8/99 |