# In the United States Court of Federal Claims

No. 08-194 T

**ADRIAN GLUCK and SUSAN GLUCK**
    **Plaintiffs**

    **v.**

**THE UNITED STATES**　　　　　　　　　　**JUDGMENT**
    **Defendant**


Pursuant to the court's Opinion and Order, filed November 14, 2008, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed without prejudice.  No costs.

　　　　　　　　　　　　　　　　　　　　　John S. Buckley
　　　　　　　　　　　　　　　　　　　　　Acting Clerk of Court

**November 14, 2008**　　　　By:　　s/ Debra L. Samler

　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $455.00.